IN THE DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., TED WHITTEN, (Relator), <br><br> Plaintiff, <br><br> vs. <br><br> QUORUM HEALTH GROUP, INC., TRIAD HOSPITAL, INC., As Successor to QUORUM HEALTH GROUP, INC., QUORUM HEALTH RESOURCES, INC., and QUORUM HEALTH RESOURCES, LLC, <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. CV202-189 ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION

It is stipulated by and between the parties that any party to the above-captioned civil action may disclose to counsel for Glynn-Brunswick Hospital Authority documents that have been withheld from production and identified to other parties on previously produced privilege or withheld documents logs, and that no party shall argue that any such disclosure, pursuant to this Stipulation, shall affect whether the document is subject to discovery. Among other things, no party shall argue that any such disclosure shall constitute a waiver of any privilege that otherwise may attach to the document.

This 4th day of August, 2005

*ATTORNEYS FOR PLAINTIFF*
BLASINGAME, BURCH, GARRARD
BRYANT & ASHLEY, P.C.

By:_____
GARY B. BLASINGAME

GEORGIA BAR NO. 063900
HENRY G. GARRARD, III
GEORGIA BAR NO. 286300
J. RALPH BEAIRD
GEORGIA BAR NO. 043800

P.O. BOX 832
ATHENS, GEORGIA 30603
(706) 354-4000

JORDAN, BRISTOL & MOSES

By: /s/ Randall A. Jordan
RANDALL A. JORDAN
GEORGIA BAR NO. 404975

1804 FREDERICA ROAD
SUITE C
ST. SIMONS ISLAND, GA 31522
(912) 638-0505

/s/ Michael J. McConnell
MICHAEL J. MCCONNELL
admitted pro hac vice
DEAN A. CALLOWAY
admitted pro hac vice
JONES DAY REAVIS & POGUE
1420 Peachtree Street, N.E.
Suite 1800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

GREGORY M. LUCE
admitted pro hac vice
JONES DAY REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

HARRY D. DIXON, JR.
GEORGIA BAR NO. 223375
Donnie Dixon Attorney At Law
304 East Bay Street
Savannah, GA 31401

*Attorneys for Defendants*

APPROVED:

This _____ day of _____, 2005

                                                            _____
                                                            JAMES E. GRAHAM
                                                            U.S. MAGISTRATE JUDGE

APPROVED:

This 11th day of August, 2005

_____
JAMES E. GRAHAM
U.S. MAGISTRATE JUDGE

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 AUG 11 P 1:42
CLERK
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

J. Beaird
K. Young
M. McConnell
G. Luce
R. Jordan
H. Garrard
H. Dixon
J. Coursey
D. Calloway
G. Blasingame

CASE NO:     CV205-161
DATE SERVED: 8/11/05
SERVED BY:   slt

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate