IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 MAR 27 P 2: 15

Cabell

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex. rel. TED WHITTEN,<br><br>Plaintiff,<br><br>v.<br><br>TRIAD HOSPITALS, INC., as<br>successor to QUORUM HEALTH<br>GROUP, INC.; QUORUM HEALTH<br>RESOURCES, INC. and QUORUM<br>HEALTH RESOURCES, LLC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: CV202-189 |

## ORDER

Defendants filed a Motion to Stay Proceedings pending the completion of jurisdictional issues on January 31, 2007. The Honorable Anthony A. Alaimo entered an Order on March 5, 2007, granting Defendants' Motion in part and stayed the proceedings in this case for a period of sixty (60) days. (Doc. No. 168.) By this same Order, Judge Alaimo set forth discovery deadlines for the parties. The undersigned conducted a hearing on March 19, 2007, for discussion of the parties' outstanding Motions and the status of the proceedings in this case.

In consideration of the arguments raised during this hearing and upon further review of the parties' pleadings, the undersigned **vacates** the portion of the March 5, 2007, Order signed by Judge Alaimo setting forth the deadlines for the parties. The parties shall have one hundred twenty (120) days from the date of this Order to

complete discovery. Plaintiff shall provide report(s) from his expert witness(es) within seventy (70) days of this Order. Defendants shall provide report(s) from their expert witness(es) within ninety (90) days of this Order. To the extent Defendants wish to limit discovery based solely on jurisdictional issues, that portion of Defendants' Motion (Doc. No. 162) is **DENIED**. The deadline for filing all motions, excluding motions in limine, shall be August 24, 2007, and the pretrial order shall be filed by September 23, 2007.

**SO ORDERED**, this 27th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE