**SOUTHEAST GEORGIA REGIONAL**
M E D I C A L   C E N T E R
3100 Kemble Avenue • Brunswick, Georgia 31520 • (912) 264-7000

PERSONNEL

| EFFECTIVE DATE OF ACTION | ☐ TRANSFER | ☐ SALARY CHANGE | ☐ SEPARATION |
|---|---|---|---|
| 10-4-98 | ☐ PROMOTION | ☐ LEAVE (DESCRIBE FULLY IN REMARKS) | ☐ NEW HIRE  ☐ REHIRE |

## PERSONNEL DATA

**EMPLOYEE NAME** `T E D  W H I T T E N`

**EMPLOYEE NO.** `5 5 7 5`  **DEPT.** `8 5 0 0`  **POSITION** `9 0 6 7  COO`

**TRANSFER DEPT.** `8 5 0 0`  **POSITION** `3 0 0 9`

| SALARY CHANGE | PRESENT RATE | | | | | . | | NEW RATE | | | | | . | | GRADE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LEAVE OF ABSENCE**  STARTING ☐☐☐☐☐☐  THROUGH ☐☐☐☐☐☐

**SEPARATION-ACTUAL LAST DAY WORKED** ☐☐☐☐☐☐     **COMPLETE AND SIGN REVERSE SIDE**

**REMARKS**  Title Change ONly - Sr. Vice President of Development/Support

## PAYROLL DATA

**ADDRESS**

**CITY, STATE & ZIP**

**TELEPHONE**

**DATE OF BIRTH**

**EEOC**   **SEX - (M OR F)**

**SOCIAL SECURITY**

**HIRE DATE**

**EVALUATION DATE (MO & YR)**

**BENEFITS DATE**

**AUTHORIZED HOURS PER PAY PERIOD**

**EMPLOYEE CLASS (H-S-B)**

**STATUS CODE**    **TERMINATION CODES**

**MARRIAGE STATUS (S OR M)**

**FED. TAX CLAIM**    **ADDITIONAL FI**

**STATE TAX CLAIM**    **ADDITIONAL SI**

**EMPLOYEE TYPE**    **BENEFIT PLAN**

| APPROVALS | REQUESTOR | SERVICE DIRECTOR | HUMAN RESOURCES | ADMINISTRATOR |
|---|---|---|---|---|

402955 (REV. 3/95)

07SEG0011845

**SOUTHEAST GEORGIA REGIONAL** MEDICAL CENTER

# PERSONNEL ACTION FORM

QRS

| EFFECTIVE DATE OF ACTION | | |
|---|---|---|
| 8-15-93 | | |

☐ TRANSFER  ☐ SALARY CHANGE  ☐ SEPARATION

☒ PROMOTION  ☐ LEAVE (DESCRIBE FULLY IN REMARKS)  ☐ NEW HIRE  ☐ REHIRE

## PERSONNEL DATA

EMPLOYEE NAME: TED WHITTEN

EMPLOYEE NO. 5575    DEPT./POSITION 8500-3045

TRANSFER DEPT./POSITION 8500-9067-2510    GRADE    STEP

SALARY CHANGE    PRESENT RATE    NEW RATE

LEAVE OF ABSENCE    STARTING    THROUGH

EEOC    W/C

SEPARATION-ACTUAL LAST DAY WORKED

REMARKS: Change title from Assistant Administrator to Chief Operating Officer

## PAYROLL DATA

ADDRESS

CITY, STATE & ZIP

TELEPHONE

DATE OF BIRTH

SEX (M OR F)

SOCIAL SECURITY

HIRE DATE

EVALUATION DATE (MO & YR)

BENEFITS DATE

WAIVE 90 DAY PROBATION (X)

EMPLOYEE CLASS (H-S-B)

EMPLOYEE TYPE (F-P-T-L)    TERMINATION CODES

TYPE OF B, L OR P EMPLOYEE

MARRIAGE STATUS (S OR M)

FED. TAX CLAIM    ADDITIONAL FI

STATE TAX CLAIM    ADDITIONAL SI

TAX ANNUITY FUND

HOURLY TYPE    VACATION TYPE 0-1-2-3

QRS

DEPARTMENT COPY

| APPROVALS | REQUESTOR | SERVICE DIRECTOR | PERSONNEL | ADMINISTRATOR |
|---|---|---|---|---|

402956 (REV. 9/92)

07SEG0011858