# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* TED WHITTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. CV202-189 |
| | ) | |
| TRIAD HOSPITALS, INC. as<br>successor to QUORUM HEALTH<br>GROUP, INC., QUORUM HEALTH<br>RESOURCES, INC. and QUORUM<br>HEALTH RESOURCES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## APPENDIX TO DEFENDANT'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO RULE 56

**Volume 2 of 2**

Respectfully submitted,

Harry D. Dixon, Jr.
(Ga. Bar No. 223375)
DONNIE DIXON ATTORNEY AT LAW, LLC
7 E. Congress Street, Suite 712
Savannah, GA 31401
Telephone: (912) 644-6700

Gregory M. Luce
admitted *pro hac vice*
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939

Dean A. Calloway
admitted *pro hac vice*
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 521-3939

Attorneys for Defendants Triad Hospitals,
Inc., Quorum Health Group, Inc., Quorum
Health Resources, Inc. and Quorum Health
Resources, LLC

| Appendix Number | Description[1] |
|---|---|
| 1 | W. Crosby Deposition Exhibit 3, May 25, 2007<br>Management Agreement dated Jan. 14, 1997 |
| 2 | Excerpts from T. Whitten Personnel File<br>07SEG0011845, 58 |
| 3 | W. Crosby Deposition Exhibit 24, May 25, 2007<br>Settlement Agreement dated October 21, 2002 |
| 4 | T. Whitten Deposition 126:01-126:04, June 26, 2007 |
| 5 | W. Crosby Deposition Exhibit 27, May 25, 2007<br>Letter from T. Whitten to Dr. H. Manning dated Oct. 17, 2000 |
| 6 | W. Crosby Deposition Exhibit 26, May 25, 2007<br>Release dated Jan. 3, 2001 |
| 7 | T. Whitten Deposition Exhibit 53, June 26, 2007<br>Release dated Dec. 18, 2000 |
| 8 | T. Whitten Deposition 73:09-74:14, June 26, 2007 |
| 9 | W. Crosby Deposition Exhibit 25, May 25, 2007<br>Relator's Answers to Defendants' First Set of Interrogatories to Relator |
| 10 | T. Whitten Deposition Exhibit 81, June 27, 2007<br>Letter to Camden Medical Center from Darlene Abrams, CHAMPUS Program Integrity (June 5, 1996) |
| 11 | T. Whitten Deposition Exhibit 84, June 27, 2007<br>Letter to Camden Medical Center from Yolanda Lawton, Palmetto Government Benefits Administrators (May 22, 1997) |
| 12 | W. Crosby Deposition Exhibit 9, May 25, 2007<br>Eight Grand Jury subpoenas served on SGRMC and Camden Medical Center (July 27, 2000) |
| 13 | W. Crosby Deposition Exhibit 7, May 25, 2007<br>Department of Defense Inspector General Subpoena to Camden Medical Center (Apr. 30, 1999) |

---

[1]   Defendants have redacted patient names and other patient-identifying information from those exhibits that contain such information.

14      W. Crosby Deposition Exhibit 6, May 25, 2007
Department of Justice Subpoena to SGRMC (Nov. 10, 1999)

15      W. Crosby Deposition Exhibit 22, May 25, 2007
Department of Justice subpoenas to Camden Medical Center and SGRMC (Feb. 11, 2000)

16      W. Crosby Deposition Exhibit 8, May 25, 2007
Department of Justice Subpoena to Quorum Health Group, Inc. (Aug. 1, 2000)

17      Collected Documents Produced by the Hospitals pursuant to government subpoena SGR054319, SGR058517, SGR063249, SGR052073, SGR057712 , CMC214741-46, SGR051661, SGR055368

18      J. Andersen Deposition, Draft Tr. at 226:03-234:10, Aug. 14, 2007

19      M. Morris Deposition, Draft Tr. at 95:24-102:11, Aug. 15, 2007

20      M. Morris Deposition, Draft Tr. at 83:09-84:13, 136:01-137:05, 64:12-66:20, 137:21-138:18, 66:24-68:10, 138:19-140:69, 60:01-61:07, 87:06-89:07, 115:09-116:20, 140:12-140:23, Aug. 15, 2007

21      T. Whitten Deposition Exhibit 80, June 27, 2007
Letter to Michael Blackburn, SGRMC, from Debra Sellers, Medicare Fiscal Intermediary (Aug. 16, 1996)

22      T. Whitten Deposition Exhibit 75, June 27, 2007
Letter to Administrator, SGRMC, from Debra Sellers, Medicare Fiscal Intermediary (Feb. 13, 1997)

23      D. Kalister Deposition Exhibit 34, June 19, 2007
Letter to Administrator, SGRMC, from Kathryn Duncan, Medicare Fiscal Intermediary (Oct. 27, 1999)

24      T. Whitten Deposition Exhibit 78, June 27, 2007
Letter to Kathryn Duncan, Medicare Fiscal Intermediary, from Debra Kalister, SGHS (Dec. 29, 2000)

25      T. Whitten Deposition Exhibit 79, June 27, 2007
Letter to Mitch Mitchelson, Alston & Bird, from James Coursey, United States Attorney's Office (Sept. 2, 2005)

26      T. Whitten Deposition Exhibit 76, June 27, 2007
Letter to SGRMC from Kathryn Duncan, Medicare Fiscal Intermediary (Nov. 20, 1998)

27      W. Crosby Deposition Exhibit 5, May 25, 2007
Department of Justice Subpoena to Camden Medical Center (May 11, 1999)

28        T. Chandler Deposition Exhibit 108, July 18, 2007
          Letter from Jim Anderson, SGRMC, to Donna Davis, Medicare Fiscal Intermediary
          (Nov. 15, 1999)

29        T. Chandler Deposition Exhibit 109, July 18, 2007
          Letter from Donna Davis, Medicare Fiscal Intermediary, to James Anderson, SGRMC
          (Dec. 15, 1999)

30        T. Whitten Deposition Exhibit 60, June 27, 2007
          Memo from T. Whitten to T. Chandler regarding SGRMC Billing Issues, Sept. 7, 1999

31        T. Whitten Deposition Exhibit 82, June 27, 2007
          Letter to Michael Blackburn, SGRMC, from Debra Seller, Medicare Fiscal
          Intermediary (Aug. 19, 1996)

32        T. Whitten Deposition Exhibit 83, June 27, 2007
          Letter to E. Berton Whitaker, SGRMC, from Debra Sellers, Medicare Fiscal
          Intermediary (Nov. 4, 1996)

33        E-mail from Mary Drake to multiple recipients (April 10, 2000)
          000395-96

34        E-mail to Michelle Morris, SGRMC, from Kathryn Duncan, Medicare Fiscal
          Intermediary
          146-47

35        T. Whitten Deposition Exhibit 77, June 27, 2007
          Letter to SGRMC from Kathryn Duncan, Medicare Fiscal Intermediary (Nov. 22,
          2000)

36        T. Whitten Deposition Exhibit 87, June 27, 2007
          HCFA Statement of Deficiencies and Plan of Correction (Nov. 16, 1999)

37        M. Morris Deposition, Draft Tr. at 141:22-142:11, Aug. 15, 2007

38        J. Andersen Deposition, Draft Tr. at 266:07-267:06, Aug. 14, 2007

39        W. Crosby Deposition Exhibit 11, May 25, 2007
          "Feds probe hospital billing," *The Brunswick News* (Sept. 22, 2000)

40        W. Crosby Deposition Exhibit 12, May 25, 2007
          "Hospital ignored warnings," *The Brunswick News* (Sept. 23, 2000)

41        W. Crosby Deposition Exhibit 13, May 25, 2007
          "Billing trouble is surprise," *The Brunswick News* (Sept. 25, 2000)

42        W. Crosby Deposition Exhibit 14, May 25, 2007
          "Head's up, Hospital Authority," *The Brunswick News* (Sept. 29, 2000)

43        W. Crosby Deposition Exhibit 15, May 25, 2007
          "Hospital firm receives poor diagnosis," *The Brunswick News* (Sept. 29, 2000)

44        W. Crosby Deposition Exhibit 16, May 25, 2007
          "Hospital will be its own manager," *The Brunswick News* (Sept. 30, 2000)

45        W. Crosby Deposition Exhibit 17, May 25, 2007
          "Hospital hopes health returns," *The Brunswick News* (Oct. 7, 2000)

46        W. Crosby Deposition Exhibit 18, May 25, 2007
          "Hospital doctors turning restive," *The Brunswick News* (Nov. 16, 2000)

47        W. Crosby Deposition Exhibit 19, May 25, 2007
          "Hospital probe continues," *The Brunswick News* (Jan. 12, 2001)

48        W. Crosby Deposition Exhibit 10, May 25, 2007
          "Hospital vs. Management Company: Who's Responsible if Feds Fine Hospital?",
          *Report on Medicare Compliance*, vol. 9, no. 37 (Oct. 19, 2000)

49        T. Whitten Deposition Exhibit 86, June 27, 2007
          Professional Provider Services, Inc., "Assessment of the Corporate Compliance
          Program"

50        T. Whitten Deposition Exhibit 73, June 27, 2007
          Complaint, *United States ex rel. Britton v. Glynn-Brunswick Hosp. Auth.*, No. CV201-
          61 (S.D. Ga.)

51        Order, *United States ex rel. Britton v. Glynn-Brunswick Hosp. Auth.*, No. CV201-61
          (S.D. Ga. June 12, 2002)

52        Government's Motion to Extend Time to Intervene, *United States ex rel. Britton v.
          Glynn-Brunswick Hosp. Auth.*, No. Civ. 201-61 (S.D. Ga. June 29, 2001)

53        Memorandum in Support of the United States' *Ex Parte* Application for a Partial
          Lifting of the Seal, *United States ex rel. Britton v. Glynn-Brunswick Hosp. Auth.*, No.
          Civ. 201-61 (S.D. Ga. June 7, 2002)

54        Government's Notice of Election to Decline to Intervention, *United States ex rel.
          Britton v. Glynn-Brunswick Hosp. Auth.*, No. CV201-61 (S.D. Ga. Sept. 23, 2003)

55        T. Whitten Deposition 90:22-91:18, June 26, 2007

56        T. Whitten Deposition 141:16-141:19, June 26, 2007

57        T. Whitten Deposition 38:8-41:17, 47:04-50:23, 55:17-56:11, 90:05-99:21,
          231:17-234:15, June 27, 2007

58        T. Whitten Deposition 114:05 – 115:13, June 26, 2007

| 59 | D. Kalister Deposition 68:13-71:12, June 19, 2007 |
| 60 | T. Whitten Deposition 182:13-182:23, June 27, 2007 |
| 61 | Reply Brief of Appellant, *United States ex rel. Whitten v. Triad Hosps., Inc.*, No. 05-16422-G (11th Cir.) |
| 62 | Motion to Dismiss Hearing Transcript 77-78 (Sept. 9, 2005) |
| 63 | Motion to Dismiss Hearing Transcript (Sept. 10, 2004) |
| 64 | Affidavit of William R. Mitchelson, Jr. |
| 65 | Relator's Response to Defendant's First Request for Production |
| 66 | Relator's Supplemental Response to Defendant's First Request for Production and Privilege Log |
| 67 | T. Whitten Deposition 201:11-202:06, June 27, 2007 |
| 68 | Engagement Letter Between Professional Provider Services, Inc. and Southeast Georgia Regional Medical Center and Camden Medical Center 07SEG0055454-55 |
| 69 | D. Kalister Deposition 33:18-34:23, June 19, 2007 |
| 70 | D. Kalister Deposition 178:02-180:02, June 19, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the within and

foregoing Appendix to Defendants' Motion for Summary Judgment to be served by U.S. mail,

with sufficient postage affixed to ensure delivery and addressed as follows:

> Gary B. Blasingame
> Henry G. Garrard, III
> J. Ralph Beaird
> Blasingame, Burch, Garrard, Bryant & Ashley, P.C.
> P.O. Box 832
> Athens, GA 30603
>
> Randall A. Jordan
> Jordan, Bristol & Moses
> 1804 Frederica Road
> Suite C
> St. Simons Island, GA 31522
>
> James Coursey
> Assistant United States Attorney
> United States Attorney's Office
> Southern District of Georgia
> P.O. Box 8970
> Savannah, GA 31412

This __ day of August, 2007.

> _____
> Harry D. Dixon, Jr.
>
> One of the Attorneys for Defendants
> Triad Hospitals, Inc., Quorum Health
> Group, Inc., Quorum Health
> Resources, Inc., and Quorum Health
> Resources, LLC