ARTICLE NO. 7

# BRUNSWICK NEWS

EST. 1902

*Voice of the Coast*                    Volume 99, Number 20

**FRIDAY, SEPTEMBER 29, 2000**                    fifty cents



Joan Parker/The Brunswick News

## mecoming

his weekend, Spanish Club members joined the
runswick. The Pirates play Bradwell Institute at

# Hospital firm receives poor diagnosis

■ A doctor and board member is blaming the contract management company for a federal investigation.

**By AMY HORTON**
News Staff Writer

A local physician and member of the Hospital Authority of Southeast Georgia Regional Medical Center is blaming an outside management company for bringing on a federal investigation of the facility.

Dr. Hubert Manning says he believes the authority is making a mistake by renewing its contract with Quorum Health Resources, the Brentwood, Tenn., company that has managed the community hospital since 1989.

During that time, Manning alleges, the company has consistently mismanaged the hospital, failing both the authority and, more importantly, its patients.

Members of the governing Hospital Authority were meeting today in closed session to discuss their contract with Quorum.

Manning was one of three authority members who voted unsuccessfully to sever ties with Quorum Sept. 14. He explained his reasons why in a prepared statement released Thursday.

"I have been at this hospital for 30 years and have always found the medical staff, and that includes doctors, nurses and other skilled caregivers through middle management, to be excellent," Manning said.

See HOSPITAL, Page 5A

# ht shows surprises

ERLIN    weighed and

DEFENDANT'S
EXHIBIT

Case 2:02-cv-00189-JRH-JEG    Document 253-2    Filed 09/04/07    Page 2 of 2

# Hospital: Board member says probe longer in works

Continued from Page 1A

"Now, with the new [building] addition, we have a very fine facility and equipment. For the past few years, however, I have felt that Quorum has not addressed the needs of this medical facility and its patients. Their ability to institute programs for the management of the nursing staff, the emergency room, the operating rooms and billing have been especially deficient.

The only issue Manning cited specifically is the federal government's ongoing probe of billing deficiencies at the Brunswick hospital and its St. Marys affiliate, Camden Medical Center.

Claims both hospitals submitted for payment by the Civilian Health and Medical Program of the Uniformed Service are the focus of the inquiry, which Manning said has lasted for longer than the year some hospital officials have claimed.

"This 'new' issue with the billing first surfaced five or so years ago," he said. "The irregularities have been well known by all of us. This is just one of my frustrations with Quorum's failure to correctly manage this facility."

An audit of the hospital's compliance with federal regulations governing participation in federally-funded health insurance programs even cites a 1997 review of bills the two facilities submitted to CHAMPUS for care provided to military dependents from the Kings Bay Submarine Base.

One or both hospitals were targeted for seeking separate reimbursement for durable medical equipment that should have been included in the room rate.

The compliance audit, contracted by the authority in January from an outside consulting firm, also cited seven other government reviews of Medicare claims between 1995 and 1999.

Hospital officials say the current government probe is not targeting the two facilities for Medicare billing violations.

Quorum is the target of a $50 million lawsuit alleging Medicare fraud. If the U.S. Justice Department prevails with the suit, it stands to recover as much as $150 million from the company.

Although the Brunswick and St. Marys hospitals are not defendants in that suit like many other hospitals Quorum owns or manages nationwide, they have still attracted a great deal of attention for their billing practices.

Most of the reviews were sparked by errors in claims and produced recommendations for change but little or no monetary penalties.

Both Manning and the authors of the January audit point to the series of reviews as signs of trouble in the system.

Manning maintains that Quorum's failure to introduce a remedy is proof the company should be replaced.

But Shea Davis, a corporate spokesman for Quorum, said any billing mistakes that occur are the sole responsibility of the hospital staff and the hospital authority, not Quorum.

# Israel: Three killed by police gunfire

Continued from Page 5A

the biblical town of Bethlehem.

The violence at the Jerusalem shrine, known to Jews as the Temple Mount and to Muslims as Haram as-Sharif, or Noble Sanctuary, began after Muslim noon prayers. As thousands of worshippers emerged from the two mosques in the walled compound, some began throwing stones at Israeli troops posted deployed nearby.

At first, police stayed back, huddling behind tall plastic shields and firing rounds of rubber-coated bullets from the compound's Moghrabi Gate as a barrage of stones descended upon them. At one point, they charged forward, some wielding clubs, to push back the crowds.

In the mayhem, Palestinian protesters hit by rubber bullets fell to the ground and were carried away by their friends. One young man was unconscious, his forehead bloodied. Others held their stomachs and heads in pain. Shouts of "Allahu Akbar," or God is great, rose from the compound.

Three Palestinians were killed, said Khalil Qureia, director of Mukassed Hospital in east

Mukassed was overwhelmed by the influx. Some patients were treated on the floor, for lack of room. The names of the dead and injured were put up on lists in a hallway, and hundreds of worried relatives crowded around them.

The compound is site of the former biblical Temple, Judaism's holiest shrine. It is revered by Muslims as the home of two major mosques that mark the spot where tradition says Prophet Muhammad ascended to heaven.

Tensions have been running high since Israel's hawkish opposition leader, Ariel Sharon, toured the compound Thursday to show that Israel is in control. The visit sparked clashes that left dozens of police and stone throwers injured.

On Friday morning, a Palestinian policeman opened fire on Israeli colleagues with whom he was patrolling the West Bank town of Qalqiliya. One Israeli officer was killed and a second wounded, officials said. The gunman was arrested by Palestinian police and was expected to stand trial within days.

The Palestinians blamed Sharon for the latest violence.

"The clashes are a continuation

A wounded Palestinian is carried away by Israeli police after clashes broke out in the Temple Mount in Jerusalem's Old City after the Muslim noon prayers Friday. Israeli riot police broke into a sacred walled compound in Jerusalem to disperse hundreds of Palestinian stone throwers.

onset of the Jewish Sabbath and the Jewish New Year, which starts at sundown Friday. The Wall is a remnant of the Jewish Temple.

The violence came at a time of deadlock in peace treaty talks. The negotiations are hung up

# Bush hits energy plan

SAGINAW, Mich. (AP) — Saying the Clinton-Gore administration was "caught napping" when oil prices began to rise recently, George W. Bush said the Democrats have failed to develop a comprehensive energy policy, putting "our economy and the way of life it supports" at risk.

"Let me put it plainly. Oil consumption is increasing, our production is dropping, our imports of foreign oil are skyrocketing and this administration has failed to act. As a result, America is at the mercy more than ever of foreign governments and cartels, at the mercy of big foreign oil."

Bush is trying to turn his oil industry ties into fuel for his campaign while Gore paints Bush as an enemy of the environment.

The Texas governor, a former oil man, is pushing a $7.1 billion plan over 10 years to increase the nation's fuel sources, protect the environment and reduce the country's dependence on foreign oil.

For
FABULOUS
FOILS
(Highlights)

GOSPEL SING
BEVERLY SHORES BAPTIST CHURCH
237 Benedict Road, off Altama Ave., Brunswick, GA
Saturday, September 30 - 7 PM