09/30/00

ECEIVED
CT 02 2000
BRUNSWICK GLYNN
REGIONAL LIBRARY

# THE BRUNSWICK NEWS

### EST. 1902

The Voice of the Coast

Volume 99, Number 21

brunswicknews.com

SATURDAY, SEPTEMBER 30, 2000

fifty cents

## rm is osting sion

QUELINE BERLIN
AMY HORTON
vs Staff Writers

k, heavy surf and rain is for much of the weekend, unty's beaches are expect-

d Weather Service issued a visory this morning on top fl advisory that has been in iday.

are being driven to shore to northeast winds blow- miles per hour. A slight rind speed is forecast for

be about the same or they or but the advisories may



East Beach on St. Simons Island is showing increased signs of erosion.

still be in effect," said Scott Carroll, a National Weather Service forecaster in Jacksonville, Fla. "Caution is advised on (local waters) but it shouldn't be a problem for people on land."

The rough weather is expected to have

a dramatic effect on local beaches.

Seas kicked up by Hurricane Isaac, which is on the wane over the mid- Atlantic, were pounding the beaches of

See STORM, Page 5A



# Water Fight

TWILA

per of Skipper's Seafood Docks knows the importance of clean water to the shrimp industry.

# eanup push is on

## Outside firm is out

# Hospital will be its own manager

By AMY HORTON
News Staff Writer

The Hospital Authority of Southeast Georgia Regional Medical Center voted unanimously Friday to put control of the community-owned hospital back in local hands.

Reversing an earlier vote to renew its 11-year relationship with an outside management firm, the authority rejected a proposed contract with Quorum Health Resources of Brentwood, Tenn., and downgraded the company to the status of consultant, a relationship that will continue for the next year.

Authority Chairman Wes Jones said the board will begin recruiting its own management team immediately.

Since the recruitment process could take six months or more, Jones said Quorum's current management team will remain in place until the authority hires its own people.

Four Quorum employees currently serve the Southeast Georgia Health System — the collective name given to the Brunswick hospital, its St. Marys affiliate, Camden Medical Center, and various satellite clinics on St. Simons Island and in outlying communities.

There are two chief executive officers for the two hospitals, as well as a chief financial officer and chief operating officer, both of whom are based at the Brunswick hospital.

Authority members met behind closed doors for about five hours spread over the course of the day Friday in an attempt to hammer out details of a new contract with Quorum that would have allowed the

See HOSPITAL, Page 5A

# Firestone in new probe

By NEDRA PICKLER
The Associated Press

WASHINGTON — The National Highway Traffic Safety Administration has received more than 160 complaints about another Firestone brand of tires reportedly involved in accidents in which two

DEFENDANT'S
EXHIBIT
16
5-25-07 bp

# Hospital: Board vote is unanimous

Continued from Page 1A

company to maintain full control of the hospital for another 18 months.

The vote two weeks ago to continue with Quorum in control divided the authority. Six of the then-nine members voted to renew the contract, while three voted not to.

Jones, Vice Chairman Linda Pinson, Dr. Eric Segerberg, Ron Adams, James Coughenour and Betty McGregor voted to keep Quorum.

The three opposed — Dr. Hubert Manning, Tim Chandler and Levern Carter — cited general unhappiness with the job Quorum had done the past 11 years.

Manning later elaborated, citing problems with billing — including a long-running federal investigation of billing procedures — and problems in various divisions of the hospital.

In the meantime, Coughenour resigned from the authority for personal reasons, leaving just eight members.

Jones said the eight remaining members failed to reach accord on performance measures Quorum would have had to meet to remain as the hospital's management company.

Now, Quorum's four employees will stay on just long enough to help with the transition to local management. Quorum will earn the same fee — $27,597.22 a month — as a consultant that it did as a full-fledged manager.

The only difference is that the authority won't be reimbursing the company for the salaries of the four on-site managers.

Both Jones, who voted to renew Quorum's management contract two weeks ago, and Tim Chandler, who voted against it, said they were satisfied the authority had done what was best for the hospital and the community that owns it.

Jones said the entire board shared the concerns of the three members who voted to oust Quorum two weeks ago, but were reluctant to sever all ties with no back-up plan in place.

"There was a lot of anxiety around suddenly having the management team disappear," Jones said. "Now we can make a smoother transition."

"I think it was a good decision," Chandler said. "If we just severed it, it would have been a difficult transition for the hospital. Doing it like this, we have Quorum helping us manage through the transition."

# Tires: Preliminary probe can become broader

Continued from Page 1A

Bridgestone/Firestone officials appeared caught off guard by Friday's announcement. They later issued a statement stressing the investigation "is not a finding of a defect but rather is a process to determine the facts surrounding complaints that have been filed with NHTSA."

Spokeswoman Anitra Budd said

NHTSA's investigation report showed a total of 169 complaints involving the Firestone tires since Jan. 1, 1998, with all but two occurring in the last two months.

GM spokesman Greg Martin said his company had received "no reports or any information that suggests any problems with these tires."

"We monitor the performance of our tires, and we haven't seen any



Palestinian youths throw : soldiers Saturday in Gaza (

# Palestinia continue

**By JAMIE TARABAY**
The Associated Press

JERUSALEM — Thousands rock-throwing Palestinian riot clashed with Israeli troops acr the West Bank, Gaza Strip Jerusalem on Saturday, and g battles raged in two areas in w Palestinians said was a religic war over a bitterly contest Jerusalem shrine.

In a second day of bloody clas es, six Palestinians, including a 1 year-old boy, were killed in t West Bank, while in Gaza a prote er was comatose with a bul wound in the head, Palestinian d( tors said. About 325 Palestinia were injured, hospital officials sa

"The battle for Jerusalem h begun," said Bassem Naim, Palestinian activist.

Huge plumes of black smo from burning tires rose high abo Palestinian towns, and streets w( littered with rocks and overturn garbage bins.

In Hebron, rioters running out rocks had them ferried to the sce in taxis. Helmeted Israeli soldi( fired rubber-coated steel pelles a live rounds from behind jeeps a walls. Gun battles raged near t