: we it .ve to raise the
don't know right now,"
, ng, chief financial offi-

never our intention to
'e been doing every-

system is 17.5    t. It may be raised to 20
mills.
Increasing it more than that would require
the permission of the Glynn County, Com
mission.
One mill is equal to approxim **10/07/00**

ings, attrition an
Sixty paraprof...
the school system
pals were reassigned as classroom teachers. **10/01/**

ARTICLE NO. 9

See TAX, Page 5A

# Hospital hopes health returns

### By AMY HORTON
#### News Staff Writer

Now that Quorum Health Resources is on its way out, some members of the Hospital Authority of Southeast Georgia Regional Medical Center are hoping their troubles with the federal government will follow.

Based in part on the company's own legal troubles, some authority members have said they believe Quorum was attracting unwanted government attention to the hospital.

Earlier this week, Quorum announced it has reached a tentative $95.5 million settlement with the U.S. Justice Department that will end two lawsuits brought by former employees at other hospitals the company manages.

The suits charge Quorum with submitting falsely inflated claims to federally funded health insurance programs such as Medicare, Medicaid and CHAMPUS, the Civilian Health and Medical Program of the Uniformed Services.

Quorum's settlement was not an admission of wrongdoing in either suit.

The U.S. Attorney's Office in Savannah is currently conducting an unrelated investigation into billing irregularities at SGRMC and its St. Marys affiliate, Camden Medical Center. That investigation is focusing on bills the two hospitals submitted to CHAMPUS for health care services pro-

See HOSPITAL, Page 5A



Joan Parker/The Brunswick News

.d automobile shipments through the Brunswick port have business.

r.    are directly impacted by port
nd    growth, and Marchand said the
est    authority is working with the U.S.
ith    Congress and state leaders to
at    ensure continued growth and productivity.
p-    Key to that continued success is
od    the proposed $50.7 million harbor
il-    deepening project. The project is
l.    in limbo right now, awaiting the
president's signature on a billion-
2-    dollar spending bill that contains
on    $255,000 for continued planning

and engineering work on the project.

"If a presidential veto is exercised for reasons not related to Brunswick, we will still continue to try to gain approval during this congressional session," Marchand said. "I was in Washington Wednesday, and I spoke with U.S. Rep. Jack Kingston and Sens. Max Cleland and Zell Miller. All pledged their support to get it done one way or another."

# sworn in as leader

ident-elect could
: today, after
Slobodan Milose-
: backing of even
r~~ies.

### STOJANOVIC
##### ociated Press

-ugoslavia    — With the
m and Slobodan Milosevic
ell, Vojislav Kostunica was
s presidential oath and basic

Hours after Milosevic's address, the army's chief of staff, Nebojsa Pavkovic, also congratulated Kostunica, and indicated the military would obey the new political authority. Yugoslavia's high court had also named Kostunica the election winner and powerful Yugoslav ally Russia offered its support earlier in the day.

In his speech, Milosevic said he wanted to take a break, before restarting an active political life. As an indicted war criminal, he has little chance of seeking asylum abroad and has no choice but to try to reach an accommodation with the new government.





DEFENDANT'S EXHIBIT

tion.                              normalcy," Tanjug news agency    and utility network.                    Yugoslavia.

# Hospital: New chief executive is top priority

**Continued from Page 1A**

vided to military dependents from Kings Bay 'Naval Submarine Base.

The hospital authority's chairman will not link Quorum with that investigation.

"We're not a hundred percent certain of the federal government's intentions or where they're headed, so for us to try to guess whether Quorum being here or not being here would impact that would be pure speculation," said Wes Jones.

However, he said the authority is moving forward with plans to replace Quorum's management team with a new chief executive officer of its own choosing.

The full authority voted last week to take back control of the community-owned hospital by ending an 11-year contract with Quorum, the last of several outside companies that have managed

the hospital over the past 20 years.

Jones said the authority and members of the hospital's medical staff are currently discussing the qualifications and characteristics they would find desirable in a new CEO.

"I do think it's important that we identify those characteristics as being what this hospital would need and what a good CEO for this hospital and this health system needs," Jones said. "We're going to make sure we have that identified and well understood before we get going."

Whether the ideal candidate, who will work for and report directly to the hospital authority, will have a strongly administrative or medical background remains to be seen, Jones said.

"That decision has not been made specifically. If there were a leaning, speaking strictly for myself, I do think it would be more administrative," he said.

"It is a little premature to say it would definitely have to be one or definitely be another. I don't know that either one would be a specific prerequisite."

The CEO will be the authority's first priority. Once that person is in place, the board will leave it to his or her discretion to hire a chief financial officer and chief operating officer.

Both positions are now supplied by Quorum.

In the meantime, John Miller, a Quorum consultant hired to be

interim CEO after the July 18 resignation of Bert Whitaker, is still at the helm. There's plenty of work, considering the fact that the hospital's new fiscal year started Oct. 1, Jones said.

"I think he's got things pretty well in hand and is moving forward with presenting and adopting and implementing a new budget and all that goes on with what you normally do when you start a new fiscal year," he said. "John and his staff are in the middle of that and working hard."

**DIABETICS**

IF YOU HAVE MEDICARE OR PRIVATE INSURANCE, YOU MAY BE ELIGIBLE TO RECEIVE YOUR DIABETIC SUPPLIES AT LITTLE OR NO COST! FOR INFORMATION, CALL

**1-800-679-1623**

*CERTAIN RESTRICTIONS APPLY NO HMO'S PLEASE

**TAX REDUCTION SERVICES**

EASIEST PRODUCT TO SELL EVER! We offer Proven Tax Reduction Services & Unlimited Retroactive Audit Protection Nationwide. Backed by Ex-IRS agents. Reps can make $4K-6K first 30 days, up to $10K/mo. In 6 mos. $200/client + profit sharing, car bonus & lifetime residuals. 100% commission, local positions. Call Now!

**1-800-899-4907 Ext. 2**

*In Loving Memory Of*

**27th Appreciation**
*Honoring*
**Pastor G. Bobby**