BRUNSWICK-GLYNN
REGIONAL LIBRARY

ART    .E NO. 11    11/16/00

# THE BRUNSWICK NEWS

EST. 1902

The Voice of the Coast          Volume 99, Number 61

## ...ping now in the Florida recount

...ral Bob Butterworth, Sec-
...therine Harris and Gov.
...eting in Tallahassee.
...t. Circuit Court of Appeals

at Atlanta was considering appeals.
• Broward County was resuming hand recount of 588,000 ballots.
• Palm Beach County canvassing board

was meeting to decide when to begin hand recount.
• All 67 counties will begin counting overseas absentee ballots Friday.

### ...to stop



'No amend-
ments to the
official returns
now on file are
warranted.'
– Katherine
Harris, Florida
secretary of state

### The offer to settle



'I am also
prepared to
include in this
recount all the
counties in the
entire state of
Florida.'
– Al Gore

### The leader's response



'This process
must have a
conclusion,
when America
and the world
know who is the
next president.'
– George W. Bush

## ...re goes on talk ...dio to press case

...D ESPO
...ated Press
...Thursday that
...rejection of his
...raises questions
...fair election is
...n-circuited," but
...or reconciliation
...is chosen. That
...ch, must come

...guest on a radio
...s choice in the
...er the voters are
...his election or
...d is going to be

...went before the
...ry night to put
...ublic.
...declared "this
...a point of con-
...t when America
...ow who is the
...He rejected
...expand hand-
...isputed Florida

...home on ABC
...Joyner's show,
...aining tour he
...televised state-
...red Bush a deal
...would be turned

...er."
But the legal battle pressed on,
with his supporters asking a feder-
al appeals court Thursday not to
intervene in the Florida election

dispute.
Bush's team has turned to that
court, the 11th U.S. Circuit Court
of Appeals in Atlanta, to try to stop
the hand counting of ballots in

four Democratic-leaning Florida
counties. His lawyers described
the stakes in stark terms, saying in

See RECOUNT, Page 5A



Volunteers begin a manual vote recount Wednesday at the Broward County Emergency Operations Center in Plantation, Fla.

## Hospital doctors turning restive

By AMY HORTON
News Staff Writer

Already working on borrowed
time, top managers provided to
Southeast Georgia Regional Med-
ical Center on contract could be
the target of an overthrow by the
hospital's medical staff.

It was barely one month ago
that the Hospital Authority voted
to end its 11-year relationship
with Quorum Health Resources
of Brentwood, Tenn.

After making the decision, the
authority announced that the chief
executive officer and chief finan-
cial officer Quorum provides to
manage the day-to-day business
operations of the hospital would
stay on only as long as it takes for
the authority to recruit and hire a
new CEO of its own.

Now, the hospital's Medical
Executive Committee has report-
edly prepared a resolution asking
that Quorum's managers be dis-
missed sooner.

Dr. John Ellenberg, chief of the
hospital's medical staff, acknowl-
edged that the committee adopted
a resolution Tuesday with a rec-
ommendation for the authority
but declined to reveal the con-
tent of the resolution when con-
tacted today.

An authority member who
asked not to be identified said he
understood the committee would
present the authority with a reso-
lution today recommending the
termination of interim CEO John
Miller and Chief Financial Offi-
cer Ray Owings.

"That's not exactly our resolu-
tion. I can't confirm or deny it at
present," Ellenberg said. "Any
resolution has not yet been final-
ized and we don't pretend to tell
(the authority) what to do."

Ellenberg said there was "a
good chance" the resolution
adopted Tuesday would be pre-
sented to the authority today.

The officers of the authority
who make up its executive com-
mittee were scheduled to meet at

See HOSPITAL, Page 5A

## Students drop ...it on drinking



...SH RAYBURN
...s Staff Writer

...battle over the Glynn
...ool system's right to
...udents from activities
...off property

...he attorney
... cademy stu-
...c system over
...of a 10-day
...ion, entered
...the case

consumption policy of the sys-
tem's behavior code
while chartered bus
transpo... to an Oct. 14
homec... ce.
Original... ...it was filed as
a class action ...ning all the
...to drop out

DEFENDANT'S EXHIBIT
78
5-25-07 bp

Case 2:02-cv-00189-JRH-JEG    Document 253-5    Filed 09/04/07    Page 2 of 2



Pete Cosgrove/AP

State Katherine Harris talks with b Butterworth during a Cabinet meet-apitol in Tallahassee.

# Hospital: Part of meeting closed

### Continued from Page 1A

11:30 a.m. The full authority was expected to meet behind closed doors at noon and convene in public at 1 p.m.

Authority Chairman Wes Jones, contacted before the meeting this morning, said he had received nothing from the Medical Executive Committee.

"I have not received that, if it is true, and they're not on the agenda to do that," Jones said.

The Medical Executive Committee is composed of the chiefs of all the medical departments, the secretary of the medical staff, chief of staff and vice chief of staff.

"We handle all business where it comes to doctors, taking care of patients and trying to provide the best health care to our community," Ellenberg said.

The committee approves credentials for physicians who apply for the privilege of admitting patients to the hospital and supervising their care while there. The committee serves as a liaison between the medical staff and the authority, which has final approval of all business conducted at the facility.

In deciding to fire Quorum in late October, the authority cited the desire to put control of the community-owned hospital back in local hands.

Quorum's termination came on the heels of former CEO Ben Whitaker's resignation and the news that SGRMC and its St. Marys affiliate, Camden Medical Center, are the focus of a federal investigation of possible fraudulent billing practices involving a federally funded health insurance program for military dependents.

n's 43rd up there. t is going impor-ner Sen. ning, a s running in an

s, both smanlike

d a res-al," he expedi-ilete and ble." manual mes can fail to

dialogue in America." And he proposed a second meeting, after the election, "to reaffirm our national unity."

Bush responded: "Not for ... Vice President Gore, or for me, but for America, this process must have a point of conclusion, a moment when America and the world know who is the next president."

"The way to conclude this election in a fair and accurate and final way is for the state of Florida to count the remaining overseas ballots, add them to the certified vote and announce the results as required by Florida law," he said.

Bush said he was willing to meet Gore after the election.

h i- ir

S!
gree

*Floor, Wall & Ceiling*

- *Drywall Finishing*
- *Finish Carpentry*
- *Painted, Sprayed,
  & Stipled Ceilings*



SPECTACULAR
CHRISTMAS SALE
AT
THE GIFT WRAP COMPANY

Christmas Gift Wrap and Accessories
BUY DIRECTLY FROM THE FACTORY
Saturday, November 18, 8 am to 2 pm

| JUMBO CHRISTMAS ROLLS | ROLLS |
|---|---|
| 1" Quality - Reg. Retail up to $8.00 | 1" Quality - Reg. Retail up to $3.75 |
| 2 for $3 | 2 for $1 |
| Misprints seconds, etc. - Reg. Retail up to $8.00 | Misprints seconds, etc. - Reg. Retail up to $3.75 |
| 2 for $1 | 4 for $1 |
| GIFT BAGS | BOWS |
| 1" Quality - Med. Retail up to $3.50 | Take Your Pick of Colors, Some |
| 1" Quality - Large Retail up to $4.50 | Seconds and Some First Quality |