Case 2:02-cv-00189-JRH-JEG    Document 253-6    Filed 09/04/07    Page 1 of 1

01/12/01

# LOCAL/STATE

**TheFRIDAY Column**
Updating recent events

## Hospital probe continues

By AMY HORTON
News Staff Writer

Although hopeful the probe will end soon, the Hospital Authority of Southeast Georgia Regional Medical Center is still awaiting the outcome of a lengthy federal investigation of the facility.

The U.S. Attorney's Office in Savannah began the probe over a year ago.

It focuses on potentially fraudulent insurance claims submitted to the government for health care services provided to beneficiaries of the military's Tricare/CHAMPUS insurance programs.

Both are funded by the federal government and cover active duty and retired military personnel, their survivors and dependents. Tricare is the managed-care successor to CHAMPUS (the Civilian Health and Medical Program of the Uniformed Services).

Hospital officials have acknowledged in the past that the government is scrutinizing claims for payment that were submitted to Tricare/CHAMPUS by both the Brunswick hospital and its St. Marys affiliate, Camden Medical Center.

"It's continuing. I think we have delivered all the information to the federal authorities who are investigating. We don't have a whole lot more information about it other than that," said authority Chairman Wes Jones.

"There have been additional meetings with the government and it's progressing. I don't think we're in a position to say what the outcome will be because we really don't know."

The government, declining to acknowledge the investigation, was said to be looking only at military insurance programs, not Medicare or Medicaid, two federally subsidized insurance programs for the elderly, disabled and poor.

The company that has managed both hospitals under contract with the authority for the last 11 years was under investigation for several years for submitting fraudulent claims to Medicare, and it agreed last October to settle the dispute with the government for $95 million.

In September, the authority refused to renew its contract with Quorum, citing issues with the company's management style. Full control of the hospital will return to local hands.

As soon as the authority hires its own chief executive officer — which could happen in February or March — Quorum will assume a consulting role.

## Corrections

Brunswick News does not [illegible] when it [illegible]...



Glynn County police look over the scene after a two-car collision Thursday on Demere Ro on St. Simons Island. A 74-year-old St. Simons man lost control of his car and was struck by Coors Light delivery truck. Police continue to investigate the crash.

# Accident claims life on SSI

By ROB ASBELL
News Staff Writer

Officials hope to determine what caused a 74-year-old St. Simons Island man to lose control of his car on Demere Road Thursday, causing a two-vehicle crash that resulted in his death.

Ralph Edward Russell, 74, was pronounced dead at the scene at 3:28 p.m. by Glynn County Coroner Jimmy Durden.

The collision occurred at 3:01 p.m. on Demere Road near Main Street, just west of Plantation Village.

Police said Russell, who was driving a 1988 Mercury, was east bound on Demere Road when he crossed the centerline and was struck by a Coors Light delivery truck.

The delivery truck, a 1993 Ford owned by Standard Distributing, was driven by Donald Teston of Brunswick.

Investigators said Teston was not at fault in the accident and no charges will be filed. Teston was not injured in the accident.

Witnesses said Russell's vehicle swerved across the westbound lane and was hit broadside on the driver's door by the truck.

Teston swerved but was unable to avoid the collision.

Durden said preliminary evidence suggests Russell died from his injuries at the scene.

An autopsy was scheduled to performed this morning. Police continue to investigate the crash.

Officers blocked off Demere Road from Sea Island Causeway to Frederica Road for more than hour following the crash, resulting in a traffic jam coming onto the island almost to the causeway.

Traffic was rerouted to King Way and Sea Island Causeway until the scene could be cleared.



## Commemorative breakfast

Attendees applaud during the Dr. Martin Luther King Jr., Commemorative Breakfast today at the Coastal Georgia Area Community Action Authority in Brunswick.

# Woman arrested for perjury; ro

By ROB ASBELL
News Staff Writer

A Brunswick woman was arrested in a Glynn County courtroom Thursday after allegedly lying under oath when questioned about charges against her husband.

Roderick B. Dempsey, 27, appeared in the County Magistrate Court to answer charges he choked his wife in front of their children during a domestic dispute on New Yc...

...officers ...sey's wife, ...y, called [illegible] a Leeswood ...rs saw ...y's neck [illegible]

had allegedly choked her.

Cpl. Lou Baerge of the Glynn County Police Department testified Mrs. Dempsey also said her husband had threatened to kill her.

"... told Sgt. (Adam) Watson and he asked her to repeat it to me," Baerge ... court.

...a called to testify, however, Mrs. ...ney ... ...ver sol- ...ced to ... ...ite M ...t Magist... over charges o... iolors... ...to an drea [illegible]

...ney's retra... on. Hammill boun... y. giving fal- cruelty to cl d making

roristic threats
A warrant w jury against M arrested in the Bond was Dempsey.

Also Thursd by sudden an against 29-yea of Brunswick.

Myers is acc ings involving Glynn Count...

The best place to bank



DEFENDANT'S EXHIBIT
19
5-25-07 bp