IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. GREGORY BRITTON ) )<br><br>Plaintiffs, )<br>)<br>VS )<br>)<br>GLYNN-BRUNSWICK HOSPITAL )<br>AUTHORITY, d/b/a SOUTHEAST )<br>GEORGIA REGIONAL MEDICAL )<br>CENTER )<br>Defendants. ) | CIVIL ACTION NO. ~~CV202-61~~  *CV201-61*<br><br>FILED UNDER SEAL |

## ORDER GRANTING THE UNITED STATES' EX PARTY APPLICATION FOR A PARTIAL LIFTING OF THE SEAL

Upon consideration of the foregoing application of the United States for an order partially

lifting the seal in the above-captioned False Claims Act qui tam action,

**IT IS HEREBY ORDERED** that the complaint be partially unsealed for the limited purpose

of allowing the United States to disclose the complaint to the Glynn-Brunswick Hospital Authority,

d/b/a Southeast Georgia Regional Medical Center and its counsel.  Other than for this limited

purpose, the complaint shall remain sealed until further Order of this Court;

Dated this _____12th_____ day of June, 2002.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA