IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2001 JUN 29 P 3: 11

UNITED STATES OF AMERICA,            )
ex rel. GREGORY BRITTON,             )
                                     )        CIVIL ACTION NO.  CV201-61
              Plaintiffs,            )
                                     )
VS.                                  )        FILED UNDER SEAL
                                     )
GLYNN-BRUNSWICK HOSPITAL             )
AUTHORITY, d/b/a SOUTHEAST           )
GEORGIA REGIONAL MEDICAL             )
CENTER                               )
                                     )
              Defendants.            )


## GOVERNMENT'S MOTION TO EXTEND TIME TO INTERVENE

Comes NOW the United States of America, by and through Edmund A. Booth, Jr., United States Attorney for the Southern District of Georgia, and respectfully requests an additional Sixty (60) days of the period in which the government may elect to intervene in this qui tam action. In support of this motion, the government submits that the Department of Health and Human Services has requested the Medicare fiscal intermediary to produce records related to the defendant's billing trends in certain Medicare areas to corroborate the relator's initial disclosures in his Complaint.

Furthermore, the government is trying to schedule a meeting with the relator, his counsel, government agents and counsel for the United States to interview the relator in depth about the allegations he makes in his Complaint. Until the interview is conducted, the government cannot make an informed decision on whether or not to intervene.

5

For these reasons, the government respectfully requests an extension to August 31, 2001, for the government to intervene. Further, the government requests that the case remain under seal until the government makes its intervention decision.

Respectfully submitted,

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

James L. Coursey, Jr.
Assistant United States Attorney
Georgia Bar No. 190602

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2001, I mailed a copy of the foregoing

Government's Motion to Extend Time to Intervene and proposed Order to:

J.D. Dalbey, Esquire.
Chilivis, Cochran, Larkins & Bever LLP
Attorneys at Law
3127 Maple Drive, N.E.
Atlanta, Georgia 30305

by placing the copies in postage-paid envelopes and depositing said envelopes and their contents in

the United States mail.

James L. Coursey, Jr.
Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422