**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA **EX REL.** GREGORY BRITTON | ) ) ) | |
| Plaintiffs; | ) ) | CV 201-61 |
| VS. | ) ) ) | |
| GLYNN-BRUNSWICK HOSPITAL AUTHORITY, d/b/a SOUTHEAST GEORGIA REGIONAL MEDICAL CENTER | ) ) ) ) | **FILED UNDER SEAL** |
| Defendant. | ) ) ) | |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Therefore, the United States requests, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, that the Court solicit the written consent of the United States before ruling or disposing of the case.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings

filed in this action be served upon the United States and that the United States also be served with orders issued by the Court.

The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves the right to object, at the appropriate time, to any award made to the relator under 31 U.S.C. § 3730(d), of a percentage of the proceeds of the action or settlement of the claim.

Finally, the United States requests that only the Complaint, this notice, and the Court's Order be unsealed and served upon the defendants. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, oppositions filed by the United States in response to the relator's motions, reply briefs, memoranda, and supporting documents) should remain under seal and not be made public or served upon the defendants.

A proposed order accompanies this notice.

Respectfully submitted,

RICHARD S. THOMPSON
UNITED STATES ATTORNEY

James L. Coursey, Jr.
Assistant United States Attorney
Georgia Bar No. 190602

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2003, I mailed a copy of the

foregoing Government's Notice of Election To Decline Intervention and proposed Order to:

> J.D. Dalbey, Esquire.
> Chilivis, Cochran, Larkins & Bever LLP
> Attorneys at Law
> 3127 Maple Drive, N.E.
> Atlanta, Georgia 30305

by placing the copies in postage-paid envelopes and depositing said envelopes and their contents

in the United States mail.

James L. Coursey, Jr.
Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422