## ENGAGEMENT LETTER FOR SERVICES TO BE PERFORMED BY PROFESSIONAL PROVIDER SERVICES, INC. FOR SOUTHEAST GEORGIA REGIONAL MEDICAL CENTER AND CAMDEN MEDICAL CENTER

This agreement is made between Southeast Georgia Regional Medical Center, Inc., a corporation organized and existing under the laws of the state of Georgia, with its principal place of business at 3100 Kemble Avenue·, Brunswick, Georgia, (hereinafter referred to as the "corporation") , and PROFESSIONAL PROVIDER SERVICES, INC., OF 9050 Pines Boulevard Suite 351, Pembroke Pines, Florida, (hereinafter referred to as the "consultant").

### Recitals

A.  Corporation is a hospital, and in the conduct of said business desires to have the following services performed by consultant:

The preparation of a report offering an independent and objective review of the compliance reporting systems of the corporation, and an evaluation of the corporation's internal control system.

B.  Consultant agrees to perform the services for corporation under the terms and conditions set forth in this agreement.

In consideration of the mutual promises set forth below it is agreed by and between corporation and consultant as follows:

### Section I
### Nature of Employment

Consultant will perform consulting and advisory services on behalf of the corporation with respect to all matters relating to or affecting the corporation's compliance reporting system.

### Section II
### Place of Work

Consultant's services will be rendered partiallly at the corporation's place of business.  Work done at the corporation's  place of business will consist of an assessment of the relevant corporate operating procedures.  Consultant's services will be rendered partially at consultant's office. Work to be done at the consultant's office will consist of evaluation, compilation and preparation of the consultant's report. Upon request,  consultant will come to the corporation's address or other places designated by the corporation, to meet with representatives of the corporation.

### Section III
### Payment

Corporation will pay consultant for its services  the total sum of $15,250 , such sum to be paid upon delivery of consultant's report.  In addition consultant will be reimbursed for all reasonable and substantiated out-of-pocket expenses such as travel, lodging and vehicle rental incurred away from the consultant's office.

07SEG0055454

## Section IV
### Duration and Scope

The parties contemplated that this agreement will be completed within forty-five days, although the engagement may be completed more quickly or more slowly than anticipated. Should additional services, beyond the scope of this contract, be desired, such services will be the subject of a subsequent contract.

## Section V
### Status of Consultant

This agreement calls for the performance of the services of the consultant as an independent contractor and consultant will not be considered an employee of the corporation for any purpose.

## Section VI
### Confidentiality

Consultant realizes that consultant will acquire or have access to information which is of a highly confidential and secret nature. Consultant, and those in its employee, have an obligation to keep any such information strictly confidential.

## Section VII
### Counterparts

This agreement may be executed in counterparts, all of which will be treated as the original agreement.

In Witness, Southeast Georgia Regional Medical Center, Inc. has executed this agreement at _BRUNSWICK, GA._ ~~ESTE~~ on December 29th, 1999:

Southeast Georgia Regional Medical Center, Inc.

By. _____

TED WHITTEN, Compliance Officer

In Witness, Professional Provider Services, Inc. has executed this agreement at Pembroke Pines, Florida, on December 28, 1999.

Professional Provider Services, Inc..

By: _____

ANTHONY J. CAPULLO, President

07SEG0055455