```
         IN THE DISTRICT COURT OF THE UNITED STATES
              SOUTHERN DISTRICT OF GEORGIA
                   BRUNSWICK DIVISION
```

UNITED STATES OF AMERICA,          )
ex rel., TED WHITTEN,              )
(Relator),                         )
                                   )
      Plaintiff,                   )
                                   )
vs.                                )
                                   )    CIVIL ACTION NO.
                                   )    2:02-cv-189
COMMUNITY HEALTH SYSTEMS,          )
INC., as successor to TRIAD        )
HOSPITALS, INC., as successor to   )
QUORUM HEALTH  GROUP, INC.,        )
QUORUM HEALTH RESOURCES,           )
INC., and QUORUM HEALTH            )
RESOURCES, LLC,                    )
                                   )
      Defendants.                  )
_____)

## NOTICE OF FILING EXPERT WITNESS REPORT

COMES NOW, Plaintiff in the above-styled action and, pursuant to Rule 26(a)(2) of the Federal Rules of Civil procedure, is filing the attached expert witness report of Timothy D. Brewerton, D.F.A.P.A., F.A.E.D, with attached exhibits.

This 20th day of October, 2008.

                          ATTORNEYS FOR PLAINTIFF

                          BLASINGAME, BURCH,
                          GARRARD & ASHLEY, P.C.

                          /s/ Gary B. Blasingame
P.O. BOX 832              GARY B. BLASINGAME
ATHENS, GEORGIA 30603     GEORGIA BAR NO. 063900
(706) 354-4000

HENRY G. GARRARD, III
GEORGIA BAR NO. 286300

ANDREW J. HILL, III
GEORGIA BAR NO. 353300

JOSH B. WAGES
GEORGIA BAR NO. 730098

E. DAVISON BURCH
GEORGIA BAR NO.: 094700


**THE JORDAN FIRM**

RANDALL A. JORDAN
GEORGIA BAR NO. 404975

KAREN JENKINS YOUNG
GEORGIA BAR NO. 390810

1804 FREDERICA ROAD
SUITE C
ST. SIMONS ISLAND, GA 31522
(912) 638-0505

## CERTIFICATE OF SERVICE

The undersigned, counsel for Plaintiff in the above matter, hereby certifies that he electronically filed this day the foregoing **NOTICE OF FILING EXPERT WITNESS REPORT** using the United States District Court for the Southern District of Georgia Electronic Case Filing System which will automatically send e-mail notification of such filing to concerned parties:

>   Kenneth D. Crowder
>   Assistant US Attorney
>   P.O. Box 2017
>   Augusta, GA 30903
>
>   **ATTORNEYS FOR DEFENDANTS**
>
>   Harry D. Dixon, Jr.
>   Donnie Dixon Attorney At Law, LLC
>   7 E. Congress Street
>   Suite 712
>   Savannah, GA 31404
>
>   Dean A. Calloway
>   Jones Day
>   1420 Peachtree Street, N.E.
>   Suite 800
>   Atlanta, GA 30309-3053
>
>   Gregory M. Luce
>   Skadden, Arps, Slate, Meagher & Flom
>   1440 New York Avenue, NW
>   Washington, D.C. 20005

This 20th day of October, 2008.

/s/ Gary B. Blasingame